SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
MICHAEL N. WESTHEIMER  Bar No. 178938
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
Kaiser Permanente Flexible Benefits Plan
(incorrectly sued as "Kaiser Foundation Health Plan
Long Term Disability Plan")

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN PARISI, | CASE NO. C 06-4359 JCS |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT** |
| v. | |
| KAISER FOUNDATION HEALTH PLAN LONG TERM DISABILITY PLAN, | Judge:    Hon. Joseph C. Spero<br>Location: Courtroom A, 15th Floor |
| Defendant. | |

Pursuant to Northern District Local Rule 6-1(a), Plaintiff Stephen Parisi and Defendant Kaiser Permanente Flexible Benefits Plan (incorrectly sued as "Kaiser Foundation Health Plan Long Term Disability Plan"), by and through their attorneys, hereby stipulate and agree to a three-week extension of time for Defendant to respond to Plaintiff's complaint, and that Defendant's responsive pleading will be due by September 26, 2006.

///
///
///
///
///

-1-                                                                                                      CASE NO. C 06-4359 JCS
STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT

There have been no prior extensions of time.

IT IS SO AGREED AND STIPULATED.

DATED: September 4, 2006      THORNTON DAVIDSON & ASSOCIATES

By: _____
Thornton Davidson
Attorneys for Plaintiff Stephen Parisi

DATED: September 5, 2006      SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Rebecca A. Hull
Michael N. Westheimer
Attorneys for Defendant
Kaiser Permanente Flexible Benefits Plan
(incorrectly sued as "Kaiser Foundation Health
Plan Long Term Disability Plan")

Dated: Sept. 6, 2006

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA