1  **THORNTON DAVIDSON**, #166487
   THORNTON DAVIDSON & ASSOCIATES
2  2055 San Joaquin Street
   Fresno, California 93721-2717
3  Telephone:    (559) 256-9800
   Facsimile:    (559) 256-9791
4  e-mail:thorntondavidson@aol.com

5  Attorney for Plaintiff, STEPHEN PARISI

6

7                    UNITED STATES DISTRICT COURT FOR

8                    THE NORTHERN DISTRICT OF CALIFORNIA

9
   STEPHEN PARISI,                        )    Case No.: C 06 4359 JSW
10                                         )    **REQUEST TO APPEAR TELEPHONICALLY**
                  Plaintiff,               )    ~~JOINT CASE MANAGEMENT~~
11 v.                                      )    ~~CONFERENCE STATEMENT~~
                                           )
12 KAISER FOUNDATION HEALTH PLAN           )    Date:  January 26, 2007
   LONG TERM DISABILITY PLAN               )    Time:  1:30 p.m.
13                                         )    Judge: Honorable Jeffrey S. White
                  Defendant.               )    Courtroom: 2, 17th Floor
14 _____ )

15       I, Thornton Davidson, counsel for plaintiff Patricia Huber, hereby request, pursuant to Local

16 Rule 16-10, to participate in the initial Case Management Conference by telephone.  This request is

17 made for the following reasons:

18       1.    The initial Case Management Conference is scheduled for January 26, 2007 at 1:30

19             p.m. in Courtroom 2 before the Honorable Jeffrey S. White.

20       2.    Counsel for the parties have prepared and filed the Joint Case Management

21             Statement.

22       3.    This request to appear by telephone is made because Plaintiff's counsel maintains his

23             office in the City of Fresno, California, a distance of approximately 200 miles from

24             the courthouse.

25       4.    Defense Counsel does not object to my appearance by telephone.

26

27

28
   _____
   REQUEST TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE/[~~PROPOSED~~]
   ORDER
   CASE NO.: C 06-4359 (JSW)

                                           1

1   Dated: January 22, 2007 _____          /S/ Thornton Davidson

2                                                                 THORNTON DAVIDSON
                                                                Attorney for Plaintiff,
                                                                STEPHEN PARISI

3

4

5                                         **[PROPOSED] ORDER**

6

7                                                     not
        Plaintiff's counsel, Thornton Davidson, may participate in the initial Case Management

8   Conference in this action by telephone for the INITIAL case management conference in this matter.

9

10

11         January 22, 2007
  Dated:

12                                     HONORABLE JEFFREY S. WHITE
                                    UNITED STATES DISTRICT COURT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE/[PROPOSED]
ORDER
CASE NO.: C 06-4359 (JSW)