IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN PARISI,

    Plaintiff,

v.

KAISER FOUNDATION HEALTH PLAN LONG TERM DISABILITY PLAN,

    Defendant.

No. C 06-04359 JSW

**ORDER VACATING HEARING ON CROSS MOTIONS FOR SUMMARY JUDGMENT**

The parties' cross motions for summary judgment are currently set for hearing on Friday, June 29, 2007 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that these matters are appropriate for disposition without oral argument and the matters are deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for June 29, 2007 is VACATED.

**IT IS SO ORDERED.**

Dated: June 27, 2007

                                  JEFFREY S. WHITE
                                UNITED STATES DISTRICT JUDGE