IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN PARISI,

    Plaintiff,

No. C 06-04359 JSW

v.

KAISER FOUNDATION HEALTH PLAN LONG TERM DISABILITY PLAN,

    Defendant.

                                     /

**JUDGMENT**

Pursuant to the Court's Order entered on this date denying Plaintiff's motion for summary judgment and granting the motion for summary judgment filed by Defendant Kaiser Foundation Health Plan Long Term Disability Plan, judgment is hereby entered in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: January 25, 2008

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE