1   SEDGWICK, DETERT, MORAN & ARNOLD LLP
    REBECCA A. HULL  Bar No. 99802
2   One Market Plaza
    Steuart Tower, 8th Floor
3   San Francisco, California 94105
    Telephone: (415) 781-7900
4   Facsimile: (415) 781-2635

5   Attorneys for Defendant
    Kaiser Permanente Flexible Benefits Plan
6   (incorrectly sued as "Kaiser Foundation Health Plan
    Long Term Disability Plan")
7

8
                        UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10

11
    STEPHEN PARISI,                    CASE NO. C 06-4359 JSW
12
            Plaintiff,                 **STIPULATION AND ~~PROPOSED~~ ORDER**
13                                     **FOR EXTENSION OF TIME FOR**
        v.                             **DEFENDANT'S FEE PETITION**
14
    KAISER FOUNDATION HEALTH PLAN
15  LONG TERM DISABILITY PLAN,

16          Defendant.

17

18

19

20

21      Plaintiff Stephen Parisi and Defendant Kaiser Permanente Flexible Benefits Plan

22  (incorrectly sued herein as "Kaiser Foundation Health Plan Long Term Disability Plan"), by and

23  through their attorneys of record, hereby stipulate and agree, and mutually request that the Court

24  issue an Order, that Defendant shall have to and including February 15, 2008, in which to file its

25  motion for an award of attorney fees as the prevailing party in the above matter, pursuant to

26  Local Rule of Court 54-6.

27

28      There have been no prior extensions of time with regard to the filing of Defendant's

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

1  motion for attorney fees.

2      IT IS SO AGREED AND STIPULATED.

3

4
   DATED:  February 7, 2008          THORNTON DAVIDSON & ASSOCIATES
5

6

7                                    By: _____/s/_____
                                         Thornton Davidson
8                                        Attorneys for Plaintiff Stephen Parisi

9
   DATED:  February 7, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP
10

11

12                                   By: _____/s/_____
                                         Rebecca A. Hull
13                                       Attorneys for Defendant
                                         Kaiser Permanente Flexible Benefits Plan
14                                       (incorrectly sued as "Kaiser Foundation Health
                                         Plan Long Term Disability Plan")
15

16

17                        **ORDER**

18

19      Upon the stipulation of the parties, it is hereby ORDERED that defendant may have to

20  and including February 15, 2008, in which to file a motion for attorney fees under Local Rule of

21  Court 54-6.

22      DATE:  February 8, 2008

23                                       United States District Judge

24

25

26

27

28

SEDGWICK
DETERT, MORAN & ARNOLD LLP